THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN FORSYTHE COMPANY, INC., Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents [348

Madison Ave., Borough of Manhattan].— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.